## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MILO A. JONES,**

       **Plaintiff,**

**v.**                                 **Case No: 04-3255-JWL**

**JUSTIN COURTNEY, et al.,**

       **Defendants.**

## ORDER NUNC PRO TUNC

On October 1, 2007, the plaintiff filed a motion to clarify order (doc. 138). The court has reviewed that motion and finds that it should be granted and the Court's order (doc. 136) and should be corrected and an amended judgment should be filed.

IT IS ORDERED BY THE COURT that plaintiff's motion to clarify order (doc. 138) is granted.

IT IS FURTHER ORDERED that the Order (doc. 136) filed on September 28, 2007 is corrected to include the following:

Plaintiff is awarded a $20,000.00 judgment against defendant Justin Courtney for punitive damages, in addition to the $20,000.00 compensatory damage judgment, the declaratory judgment and the award of attorneys fees.

IT IS SO ORDERED.

Dated this 1st day of October, 2007, at Kansas City, Kansas.

s/ John W. Lungstrum<br>
John W. Lungstrum<br>
United States District Judge