IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MILO A. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-3255-JWL |
| | ) |
| JUSTIN COURTNEY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On August 21, 2012, the court held an informal, off-the-record telephone status conference with plaintiff. As set forth in that conference, the court will retain under advisement plaintiff's motion (doc. 229) for hearing in aid of execution until September 4, 2012. By that date, plaintiff shall provide the court with a reliable address of record at which to serve the defendant with notice of the hearing. If plaintiff fails to timely submit an address of record for defendant, plaintiff's motion for hearing in aid of execution shall be denied without prejudice. If plaintiff provides an incorrect address of record for defendant, the court will not grant plaintiff's request to issue a bench warrant for defendant.

IT IS SO ORDERED.

Dated August 21, 2012, at Kansas City, Kansas.

      s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge