# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Milo A. Jones,**

    **Plaintiff,**

v.                                      **Case No. 04-3255-JWL**

**Justin Courtney,**

    **Defendant.**

## **MEMORANDUM & ORDER**

This matter is presently before the court on plaintiff Milo A. Jones's motion to revive the judgment entered in this case on October 1, 2007. Because Mr. Courtney has not responded to the motion and the time for doing so has passed, the court grants the motion as unopposed.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's motion to revive judgment (doc. 277) is granted as unopposed.

**IT IS SO ORDERED** this 15th day of July, 2013.

                                               s/ John W. Lungstrum
                                               John W. Lungstrum
                                               United States District Judge