## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MILO A. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 04-3255-JWL |
| JUSTIN N. COURTNEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On June 25, 2019, the Plaintiff filed a Motion for Revivor of Judgment (Doc. 294). The Court has reviewed the motion and finds that it should be granted.

IT IS ORDERED BY THE COURT that plaintiff's Motion for Revivor of Judgment (Doc. 294) is GRANTED.

**IT IS SO ORDERED.**

**Dated this 26th day of July, 2019 at Kansas City, Kansas.**

                                            s/ John W. Lungstrum
                                            JOHN W. LUNGSTRUM
                                            UNITED STATES DISTRICT JUDGE