UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MILO A. JONES,

            Plaintiff,

v.                                         Case No. 04-3255-JWL

JUSTIN COURTNEY,

            Defendant.

## **ORDER**

Pro se plaintiff Milo A. Jones has filed a motion for issuance of a writ of continuing garnishment against the wages of defendant Justin Courtney (ECF No. 309). Courtney has not responded to the motion, and his time for so doing has expired. The court grants the motion, both as unopposed[1] and in accordance with Kan. Stat. Ann. § 60-2419.

In September 2007, Jones obtained a judgment against Courtney,[2] which he has been attempting to recover for the past twelve years. The judgment was most recently revived on June 26, 2019.[3] On July 11, 2019, the court granted Jones's motion for a hearing

---

[1] *See* D. Kan. Rule 7.4(b) ("If a responsive brief or memorandum is not filed within the Rule 6.1(d) time requirements, the court will consider and decide the motion as an uncontested motion. Ordinarily, the court will grant the motion without further notice.").

[2] ECF Nos. 137, 140, & 147.

[3] ECF No. 296.

in aid of execution of the judgment.[4] The court conducted a judgment debtor examination, at which both parties appeared, on August 16, 2019.[5] During the examination, Courtney acknowledged the debt owed and confirmed he is currently employed by P1 Group., Inc. (a/k/a Proactive Solution), in Lenexa, Kansas. Thus, simultaneously with this order, the court is issuing a writ of continuing garnishment to P1 Group, Inc.

IT IS SO ORDERED.

Dated September 5, 2019, at Kansas City, Kansas.

                                         s/ James P. O'Hara
                                         James P. O'Hara
                                         U. S. Magistrate Judge

---

[4] ECF No. 299.

[5] ECF No. 308.