UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MILO A. JONES,

                Plaintiff,

v.                                            Case No. 04-3255-JWL

JUSTIN COURTNEY,

                Defendant,

and

P1 GROUP INC.,
a/k/a Proactive Solutions, Inc.,

                Garnishee.

## **ORDER**

On September 5, 2019, the court issued a writ of continuing garnishment to defendant/judgment debtor Justin Courtney's employer, P1 Group, Inc.[1] On April 20, 2020, a notice of bankruptcy was filed by Courtney's bankruptcy counsel.[2] Plaintiff/judgment creditor Milo A. Jones has filed a motion to stop the garnishment "until plaintiff is able to settle matters in the Bankruptcy Court" (ECF No. 316). The motion is granted.

---

[1] ECF No 312.

[2] ECF No. 315.

2

IT IS HEREBY ORDERED that P1 shall stop withholding wages of defendant/judgment debtor Justin Courtney on behalf of this court.

The clerk of court is directed to mail a copy of this order to both pro se parties, and to the garnishee at:

P1 Group Inc.
13605 W. 96th Ter.
Lenexa, KS 66215

Dated April 24, 2020, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U. S. Magistrate Judge

O:\ORDERS\04-3255-JWL-316.docx